UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH and MEAG MUNICH ERGO ASSETMANAGEMENT GMBH,<br><br>              Plaintiffs,<br><br>     -against-<br><br>VIVENDI, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO,<br><br>              Defendants. | No. 07-cv-11485<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MEAG MUNICH ERGO Kapitalanlagegesellschaft mbH ("KAG") and MEAG MUNICH ERGO AssetManagement GmbH ("AMG") (collectively, "MEAG") states that certifies that (1)AMG is a subsidiary of Müenchener Rüeckversicherungs-Gesellschaft AG ("MunichRe"), which is publicly traded on the Xetra exchange in Germany. No publicly-traded company other than Munich Re owns more than 10% of KAG or AMG.

The undersigned, counsel of record for MEAG, certifies that they are not aware of any interested parties other than those participating in the case.

Dated: New York, NY
December 21, 2007

**GRANT & EISENHOFER P.A.**

By: _____
Stuart M. Grant (SG-8157)
James J. Sabella (JS-5454)
Diane Zilka (DZ-9452)
Christine M. Mackintosh
485 Lexington Avenue
29th Floor
New York, NY  10017
(646) 722-8500

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus (AR-4674)
100 SE Second Street, Suite 2610
Miami, Florida 33131
Telephone:  (786) 235-5000
Facsimile:  (786) 235-5005

*Attorneys for Plaintiffs*