UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MEAG MUNICH ERGO
KAPITALANLAGESELLSCHAFT, MBH,
et al.,

                              Plaintiff(s),                     Case No. 07 CV 11485

    -against-

VIVENDI, S.A., et al.,                                 **AFFIDAVIT OF SERVICE**

                              Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                          s.s :
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 31st day of December, 2007, at approximately 12:21 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; JUDGE'S RULES; ECF FILING INSTRUCTIONS and COMPLAINT** upon VIVENDI, S.A. at 800 Third Avenue, New York, New York by personally delivering and leaving the same with Debra Ford, Director, who is authorized by law to accept service.

      Debra Ford is a white female, approximately 48 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 116 pounds with long blonde hair and light eyes.

Sworn to before me this
31st day of December, 2007

                                              JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MEAG MUNICH ERGO
KAPITALANLAGEGESELLSCHAFT MBH, et al.

V.

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CV 11485**

TO: (Name and address of Defendant)

VIVENDI, S.A.
800 Third Avenue
5th Floor
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stuart M. Grant
James J. Sabella
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017
Tel: (646) 722-8500

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

*Jessica Doss*

CLERK

(By) DEPUTY CLERK

NOV 21 2007

DATE